IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHS, INC., a Minnesota corporation,

      v.

ROBERT L. HOUTS;
REGINA HOUTS;
BOB HOUTS FARMS, LLC, an Oregon
limited liability company, and
JAMES D. COLLINS,

      Defendants.

CV 10-827-HU

ORDER OF DISMISSAL

      Based on the stipulated motion of the parties,

      IT IS HEREBY ORDERED that plaintiff's complaint as to defendants Regina Houts and Bob Houts Farms, LLC is DISMISSED, with prejudice and without costs to any party; and

      IT IS FURTHER ORDERED that this action is reinstated as to defendant Robert C. Houts (whose bankruptcy case has been dismissed), and plaintiff's claims against this defendant are DISMISSED, with prejudice, and without costs to any party; and

      IT IS FURTHER ORDERED that the above referenced dismissals shall not affect plaintiff's claims against defendant James D. Collins, or defendant Collins' cross-claims and counterclaims.

      Dated this  23rd  day of  February , 2011.

                                     /s/ Dennis J. Hubel

                                     Dennis J. Hubel
                                     United States Magistrate Judge