### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

### CIVIL MINUTES

**Case No.:** CV 10-827-HU     **Date of Proceeding:** March 11, 2011

**Case Title:** CHS Inc. v. Houts et al

**Presiding Judge:** Hon. Dennis J. Hubel     **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Steven Wilker | Stacy Rutledge |
|  | Craig Rusillo |

**DOCKET ENTRY:**

Record of Telephone Scheduling Conference and ORDER::

The parties' Stipulated Motion for Dismissal Without Prejudice of Defendant Collins' Cross-Claims Against Houts Defendants [66] is GRANTED. Defendants Robert Houts, Regina Houts, and Bob Houts Farms, LLC's Motion to Dismiss Defendant James D. Collins' Cross-Claims [61] is therefore deemed MOOT.

The Stipulated Motion Allowing Filing of First Amended Answer, Affirmative Defenses and Counter Claims by Defendant James D. Collins [68] is GRANTED.

The following new case deadlines are set:

The deadline for the filing of a Joint ADR Report is May 6, 2011.
The deadline for completion of fact discovery is July 1, 2011.
The deadline for the filing of dispositive motions is July 1, 2011.
The parties' simultaneous initial expert disclosures are due July 1, 2011.
The parties' simultaneous rebuttal expert disclosures are due July 29, 2011.
The deadline for the completion of **all** expert discovery is September 2, 2011.
The deadline for the lodging of a Pretrial Order is November 4, 2011.

A Pretrial Conference is set for **January 4, 2012, at 9:30 a.m., in Courtroom #9B.**
A 5-day Jury Trial is set for **January 9, 2012 at 9:00 a.m., in Courtroom #9B.**
A separate jury trial management order will be entered

cc: ( ) All counsel                                            DOCUMENT NO: _____
**Civil Minutes**                                              **Honorable Dennis J. Hubel**
**Revised 4/22/98**